# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Case No.: 14-46169 MBM  
Case Name: MARTINUZZI, RANDY GUY  

For Period Ending: 09/30/2018

Trustee Name: (420180) K. Jin Lim  
Date Filed (f) or Converted (c): 04/09/2014 (f)  
§ 341(a) Meeting Date: 05/15/2014  
Claims Bar Date: 12/15/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 689 RIVARD, GROSSE | 225,000.00 | 0.00 | | 0.00 | FA |
| 2 | 904 N MAIN, MILFORD MI | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | DEEDED TIMESHARE, HILTON GRAND VACATIONS, WORLD, (u) | 6,250.00 | 0.00 | | 0.00 | FA |
| 4 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 5 | IOLTA | 0.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | RECORDS AND CD'S | 125.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHES | 900.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RING | 400.00 | 0.00 | | 0.00 | FA |
| 10 | RING | 600.00 | 0.00 | | 0.00 | FA |
| 11 | GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 12 | SKIS | 75.00 | 0.00 | | 0.00 | FA |
| 13 | TERM POLICY, WIFE OR TRUST IS BENEFICIARY | 1.00 | 0.00 | | 0.00 | FA |
| 14 | HAD INTEREST IN DISSOLVED ENTITY, RANDY G MARTIN | 0.00 | 0.00 | | 0.00 | FA |
| 15 | BRAVESOFTTECH, INC. [3%] | 1.00 | 0.00 | | 0.00 | FA |
| 16 | MARTINUZZI ENTERPRISES, LLC [8%], NO LONGER OPER | 0.00 | 0.00 | | 0.00 | FA |
| 17 | MARKER ENTERPRISES, LLC [8%], NO LONGER OPERATIN | 0.00 | 0.00 | | 0.00 | FA |
| 18 | MOTOR CITY MASONRY, INC. [24.5%], NO LONGER OPER | 0.00 | 0.00 | | 0.00 | FA |
| 19 | EDWARDS & MARTINUZZI, PLC [FORMED BUT NEVER OPER | 0.00 | 0.00 | | 0.00 | FA |
| 20 | DBA IN WAYNE COUNTY, D'OREO ENTERPRISES | 1.00 | 0.00 | | 0.00 | FA |
| 21 | MBS HOLDINGS, UNKNOWN PERCENTAGE, NO LONGER OPER | 0.00 | 0.00 | | 0.00 | FA |
| 22 | RJR HOLDINGS, % UNKNOWN, NO LONGER OPERATING | 0.00 | 0.00 | | 0.00 | FA |
| 23 | SPARTAN ENTERTAINMENT, LLC, 10%, OWNS CONTINGENT | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 14-46169 MBM  
**Case Name:** MARTINUZZI, RANDY GUY  

**For Period Ending:** 09/30/2018

**Trustee Name:** (420180) K. Jin Lim  
**Date Filed (f) or Converted (c):** 04/09/2014 (f)  
**§ 341(a) Meeting Date:** 05/15/2014  
**Claims Bar Date:** 12/15/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | DOREO ENTERPRISES, LLC 100%, NOT OPERATING, NO A | 0.00 | 0.00 | | 0.00 | FA |
| 25 | ENTITIES MAY OWE DEBTOR BUT ARE NOT COLLECTABLE | 0.00 | 0.00 | | 0.00 | FA |
| 26 | UNLIKELY RECEIVE ANY TAX REFUNDS | 0.00 | 0.00 | | 0.00 | FA |
| 27 | SETTLOR OF UNFUNDED TRUST, RANDY MARTINUZZI AND | 0.00 | 0.00 | | 0.00 | FA |
| 28 | LAW LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 29 | PRINTER | 100.00 | 0.00 | | 0.00 | FA |
| 30 | 2 DOGS, 1 FROG | 0.00 | 0.00 | | 0.00 | FA |
| 31 | LIEN ON PROPERTY IN OTSEGO COUNTY OWNED BY DIFFE | 3,000.00 | 0.00 | | 0.00 | FA |
| 32 | Fraudulent transfer adv proc 15-4353 (u)<br>p/o 03/15/16 [docket #54] | 200,000.00 | 200,000.00 | | 50,000.00 | 25,000.00 |
| **32** | **Assets Totals (Excluding unknown values)** | **$478,154.00** | **$200,000.00** | | **$50,000.00** | **$25,000.00** |

**Major Activities Affecting Case Closing:**

09/28/18 waiting for October payment.  
07/17/18 July payment received.  
06/29/18 waiting for July payment.  
04/16/18 April payment received.  
01/16/18 payment received.  
01/11/18 January 2018 payment is late; attorney has been contacted.  
09/26/17 payment received; debtor is current.  
07/07/17 debtor is late with July payment; attorney following up.  
04/07/17 still collecting payments of $2500 quarterly due thru Jan 2021.  
01/10/17 collecting payments; on time.  
10/17/16 collecting payments; debtor is late on October payment, following up. ks  
07/06/16 collecting settlement payments per order. ks  
04/13/16 settlement with debtor reached and collecting installment payments until 2020. ks  
02/04/16 investigating value of new disclosure of timeshare interest; tax returns completed. ks  
09/30/15 AP vs Martinuzzis for denial of discharge and transfer avoidance; discovery subpoenas to Chase Bank for additional bank statements outstanding. ks  
07/22/15 BR 2004 discovery continuing. ks  
04/17/15 some records provided by debtor, more requested; 727 complaint filed due to lack of cooperation . ks  
01/28/15 waiting for 2012 and 2013 tax returns to be filed; 727 complaint deadline extended to 02/17/15. ks  
10/14/14 awaiting more documents from debtor; 727 complaint deadline extended pending compliance. ks  
07/25/14 BR 2004 discovery pending. ks  
07/14/14 investigate debtor's financial affairs; business interests. ks

**Initial Projected Date Of Final Report (TFR):** 12/30/2015  **Current Projected Date Of Final Report (TFR):** 12/30/2021

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 14-46169 MBM
**Case Name:** MARTINUZZI, RANDY GUY

**Trustee Name:** (420180) K. Jin Lim
**Date Filed (f) or Converted (c):** 04/09/2014 (f)
**§ 341(a) Meeting Date:** 05/15/2014

**For Period Ending:** 09/30/2018

**Claims Bar Date:** 12/15/2015

| 10/18/2018 | /s/K. Jin Lim |
|---|---|
| Date | K. Jin Lim |

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-46169 MBM | | **Trustee Name:** | | K. Jin Lim (420180) | |
| **Case Name:** | MARTINUZZI, RANDY GUY | | **Bank Name:** | | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3850 | | **Account #:** | | ******6466 Checking Account | |
| **For Period Ending:** | 09/30/2018 | | **Blanket Bond (per case limit):** | | $2,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/16 | | The W Investors Group LLC | Acct #1; Payment #0; settlement payment p/o 03/15/16 | | 25,000.00 | | 25,000.00 |
| | {32} | | Acct #1; Payment #0; settlement payment p/o 03/15/16  $25,000.00 | 1241-000 | | | 25,000.00 |
| 04/13/16 | 101 | Schneider Miller P.C. | Partial first interim fees to Trustee's Counsel p/o 02/17/16 (balance due $15,000) | 3210-000 | | 15,000.00 | 10,000.00 |
| 04/13/16 | 102 | Schneider Miller P.C. | First interim expenses to Trustee's Counsel p/o 02/17/16 | 3220-000 | | 322.09 | 9,677.91 |
| 04/14/16 | | Dorisann Martinuzzi | Acct #1; Payment #1; settlement payment p/o 03/15/16 | | 2,500.00 | | 12,177.91 |
| | {32} | | Acct #1; Payment #1; settlement payment p/o 03/15/16  $2,500.00 | 1241-000 | | | 12,177.91 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.74 | 12,149.17 |
| 05/23/16 | 103 | Luzod Reporting Service, Inc. | court reporting services; Invoice #222304 dated 05/19/16 | 2990-000 | | 125.00 | 12,024.17 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.84 | 12,007.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.98 | 11,988.35 |
| 07/29/16 | | Dori Martinuzzi | Acct #1; Payment #2; settlement payment p/o 03/15/16 | | 2,500.00 | | 14,488.35 |
| | {32} | | Acct #1; Payment #2; settlement payment p/o 03/15/16  $2,500.00 | 1241-000 | | | 14,488.35 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.62 | 14,471.73 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 14,448.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.72 | 14,428.18 |
| 10/28/16 | | Dorisann Martinuzzi | Acct #1; Payment #3; settlement payment p/o 03/15/16 | | 2,500.00 | | 16,928.18 |
| | {32} | | Acct #1; Payment #3; settlement payment p/o 03/15/16  $2,500.00 | 1241-000 | | | 16,928.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.12 | 16,908.06 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.87 | 16,882.19 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.21 | 16,857.98 |

Page Subtotals: $32,500.00 $15,642.02

{ } Asset Reference(s)                  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 14-46169 MBM | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | MARTINUZZI, RANDY GUY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3850 | Account #: | ******6466 Checking Account |
| For Period Ending: | 09/30/2018 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/17 | | Dorisann Martinuzzi | settlement payment p/o 03/15/16 | | 2,500.00 | | 19,357.98 |
| | {32} | | Acct #1; Payment #4  $2,500.00 | 1241-000 | | | 19,357.98 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.45 | 19,331.53 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.95 | 19,305.58 |
| 03/07/17 | 104 | Schneider Miller P.C. | Balance of first interim fees to Trustee's Counsel p/o 02/17/16 | 3210-000 | | 15,000.00 | 4,305.58 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.78 | 4,284.80 |
| 04/12/17 | | Dorisann Y Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 6,784.80 |
| | {32} | | Acct #1; Payment #5  $2,500.00 | 1241-000 | | | 6,784.80 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,774.80 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.71 | 6,764.09 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,754.09 |
| 07/25/17 | | Dorisann Y Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 9,254.09 |
| | {32} | | Acct #1; Payment #6  $2,500.00 | 1241-000 | | | 9,254.09 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,244.09 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.62 | 9,229.47 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.83 | 9,216.64 |
| 10/24/17 | | Dorisann Y Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 11,716.64 |
| | {32} | | Acct #1; Payment #7  $2,500.00 | 1241-000 | | | 11,716.64 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.97 | 11,701.67 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.83 | 11,684.84 |
| 12/07/17 | 105 | Insurance Partners Agency | Pro-rata bond premium for 11/01/17-11/01/18; Invoice #498209 | 2300-000 | | 7.13 | 11,677.71 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 16.23 | 11,661.48 |

Page Subtotals: $10,000.00   $15,196.50

{ } Asset Reference(s)                                                                                            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 14-46169 MBM | | **Trustee Name:** | K. Jin Lim (420180) | | |
| **Case Name:** | MARTINUZZI, RANDY GUY | | **Bank Name:** | Rabobank, N.A. | | |
| **Taxpayer ID #:** | **-***3850 | | **Account #:** | ******6466 Checking Account | | |
| **For Period Ending:** | 09/30/2018 | | **Blanket Bond (per case limit):** | $2,000,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 01/16/18 | | Dorisann Y Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 14,161.48 |
| | {32} | | Acct #1; Payment #8  $2,500.00 | 1241-000 | | | 14,161.48 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.24 | 14,141.24 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.98 | 14,122.26 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.31 | 14,101.95 |
| 04/16/18 | | Randy Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 16,601.95 |
| | {32} | | Acct #1; Payment #9  $2,500.00 | 1241-000 | | | 16,601.95 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.04 | 16,580.91 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.23 | 16,554.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.01 | 16,531.67 |
| 07/17/18 | | Dorisann Martinuzzi | settlement payment p/o 03/15/16 | 1241-000 | 2,500.00 | | 19,031.67 |
| | {32} | | Acct #1; Payment #10  $2,500.00 | 1241-000 | | | 19,031.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.04 | 19,004.63 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.24 | 18,976.39 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.55 | 18,961.84 |
| | | **COLUMN TOTALS** | | | 50,000.00 | 31,038.16 | **$18,961.84** |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **50,000.00** | **31,038.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$50,000.00** | **$31,038.16** | |

14-46169-mbm    Doc 65    Filed 10/19/18    Entered 10/19/18 10:07:22    Page 6 of 7

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 2-4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 14-46169 MBM | **Trustee Name:** | K. Jin Lim (420180) | |
| **Case Name:** | MARTINUZZI, RANDY GUY | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***3850 | **Account #:** | ******6466 Checking Account | |
| **For Period Ending:** | 09/30/2018 | **Blanket Bond (per case limit):** | $2,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6466 Checking Account | $50,000.00 | $31,038.16 | $18,961.84 |
| | **$50,000.00** | **$31,038.16** | **$18,961.84** |

10/18/2018  
Date

/s/K. Jin Lim  
K. Jin Lim